## Commonwealth ex rel. Shaffer *v.* Shaffer, Appellant.

Argued September 9, 1968. *Robert A. Mills*, with him *James W. Hagar*, and *McNees, Wallace*

& *Nurick*, for appellant; *Allen Shaffer,* with him *Shaffer and Morris,* for appellee.
Order affirmed.